# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Gloria Arnetta Bunch, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 4:21cv431 WMW |
| Denzil P. Marshall, *Attorney*; Luther Sutter, PLLC, *Attorney*; Lucien R. Gillham, Attorney; Mel Sayes, *Attorney*, Matthews Sanders & Sayes; Dylan H. Potts, *Attorney*; Joann Maxey, *General Counsel at UAMS System;* William Cash, Jr., *Attorney and Director of EEOC*; and Stark Ligon, *Former Executive Director of Office of Professional Conduct, Attorney*, | |
| Defendants. | |

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff Gloria Arnetta Bunch's application to proceed *in forma pauperis*, (Dkt. 1), is **GRANTED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE**.

Date: 12/6/2021                                    KATE M. FOGARTY, CLERK